# United States District Court

WESTERN DISTRICT OF WASHINGTON

JANEEN KALLAS,

        Plaintiff,

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5780KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the ALJ's decision is AFFIRMED.

    January 7, 2011                                                        BRUCE RIFKIN
                                                                                           Clerk

                                                                      By Traci Whiteley, Deputy Clerk